**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jimmy Lee WILLIAMS, Defendant–
Appellant.**

**No. 00–7010.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 30, 2000.

Decided: Feb. 16, 2001.

Jimmy Lee Williams, pro se. Robert Edward Skiver, Assistant United States Attorney, Raleigh, NC, for appellee.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Jimmy Lee Williams appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Williams,* Nos. CR–93–72–BO; CA–96–14–4–BO (E.D.N.C. May 4, 2000).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* Although the district court's judgment or order is marked as "filed" on April 21, 2000, the district court's record shows that it was entered on the docket sheet on May 4, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. *See Wilson v. Murray,* 806 F.2d 1232, 1234–35 (4th Cir.1986).